UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAWN RACE,

              Plaintiff,

           -v-                            6:13-CV-1501
                                             (DNH/TWD)

CAROLYN W. COLVIN, as Commissioner
Of Social Security,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

OFFICE OF PETER W. ANTONOWICZ      PETER W. ANTONOWICZ, ESQ.
Attorney for Plaintiff
148 West Dominick Street
Rome, NY 13440

OFFICE OF GENERAL COUNSEL             SERGEI ADEN, ESQ.
Social Security Administration
Region II
Attorney for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff Dawn Race filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for supplemental security income under the Social Security Act. By Report-Recommendation dated March 23, 2015, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, recommended that the

matter be remanded to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. Defendant filed timely objections to the Report-Recommendation.

Based upon a de novo determination of the portion of the Report-Recommendation to which defendant objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report-Recommendation.

IT IS SO ORDERED.

United States District Judge

Dated: April 13, 2015
       Utica, New York.